UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 16-34037 |
| Vernell Chase | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Carol Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING MOTION TO AUTHORIZE**

Having read the MOTION TO AUTHORIZE, heard the arguments of counsel, and found that due notice has been provided, the Court hereby orders as follows:

The Debtor, Vernell Chase, is authorized to to enter into the Hardest Hit Fund Program and to authorize the Servicer to accept mortgage payment assistance on their behalf.

Enter:

*[signature: Carol Doyle]*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  December 12, 2017

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600