IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 16-34037 |
| | ) | |
| Vernell Chase | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Judge: Carol A. Doyle |

NOTICE OF MOTION

TO: Vernell Chase, 293 Stoney Island Calumet City, IL 60409 *via mail*

Trustee Tom Vaughn, 55 E. Monroe Street, #3850, Chicago, IL 60603 *via ECF clerk's electronic delivery system*

U.S. Trustee, 219 S. Dearborn Suite 873, Chicago IL 60604 *via ECF clerk's electronic delivery system*

See attached service list

PLEASE TAKE NOTICE that on **January 30, 2018 at 9:30 a.m.**, I shall appear before the Honorable Judge Carol Doyle, at the Dirksen Federal Court, 219 S. Dearborn, Courtroom 742, Chicago, Illinois 60604 or any judge presiding and then and there present this **Motion**, a copy of which is attached hereto.

By: /s/ David H. Cutler
David H. Cutler

**Certificate of Service**

I, David H. Cutler, hereby certify that I caused to be served, electronically or through U.S. Mail, a copy of the foregoing Notice upon the parties named above on January 17, 2018 before the hour of 7:00 p.m. from the office located at 4131 Main Street., Skokie, Illinois 60076.

By: /s/ David H. Cutler
David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd.
4131 Main St,
Skokie, IL 60076
Phone: (847) 673-8600

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| In Re: | ) | Case No.: 16-34037 |
|---|---|---|
|  | ) |  |
| Vernell Chase | ) | Chapter 13 |
|  | ) |  |
| Debtor(s) | ) | Judge: Carol A. Doyle |

MOTION TO VOLUNTARILY DISMISS CHAPTER 13 CASE

NOW COMES, the Debtor, Vernell Chase, by and through his attorneys, the law office of CUTLER & ASSOCIATES, and moves this Honorable Court for entry of an Order, pursuant to 11 U.S.C. Section 1307(b), granting a voluntary dismissal to the Debtor. In support thereof, Debtor respectfully represents as follows:

1. On October 25, 2016 the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. This case has not been previously converted under Section 706 or 1112 of the Bankruptcy Code.

3. No complaints objecting to the discharge or to determine dischargeability of any debt have been filed in this case.

WHEREFORE, DEBTOR prays that this Honorable Court enter an order that this case will be dismissed without prejudice.

Dated: January 17, 2018          Respectfully Submitted,

By:   /s/ David H. Cutler
      David H. Cutler, Esq.
      Counsel for Debtor(s):
      Cutler & Associates, Ltd.
      4131 Main Street, Skokie, IL 60076
      Phone: (847) 673-8600