| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 16-34037<br>Northern District of Illinois<br>Chicago<br>Wed Jan 17 17:55:20 CST 2018 | Bank of America, N.A.<br>Attention: Bankruptcy Department<br>MAC N9286-01Y<br>Default Document Processing<br>1000 Blue Gentian Road<br>Eagan, MN 55121-1663 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| AmeriCredit Financial Services, Inc. dba GM<br>P O Box 183853<br>Arlington, TX 76096-3853 | Codilis & Associates, PC<br>15w030 North Frontage Rd Ste. 100<br>Willowbrook, IL 60527-6921 | Gm Financial<br>Po Box 181145<br>Arlington, TX 76096-1145 |
| Indiana State Disbursement Unit<br>P.O. Box 7130<br>Indianapolis, IN 46207-7130 | Lake County Child Support<br>400 Broadway #107<br>Gary, IN 46402-1258 | Sharon Chase<br>293 Stoney Island<br>Calumet City, IL 60409-1726 |
| U.S. Department of Housing and Urban Develop<br>451 7th Street S.W.<br>Washington, DC 20410-0002 | (p)WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICAS SERVICING<br>ATTN BANKRUPTCY DEPT MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 | David H Cutler<br>Cutler & Associates, Ltd.<br>4131 Main St.<br>Skokie, IL 60076-2780 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603-5764 | Vernell Chase<br>293 Stoney Island<br>Calumet City, IL 60409-1726 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Wells Fargo Hm Mortgag
8480 Stagecoach Cir
Frederick, MD 21701


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Bank of America, N.A.<br>Attention: Bankruptcy Department<br>MAC N9286-01Y<br>Default Document Processing<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | End of Label Matrix<br>Mailable recipients    14<br>Bypassed recipients     1<br>Total                   15 |