UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| In Re: | ) | BK No.: 16-34037 |
|---|---|---|
| Vernell Chase | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Carol Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING VOLUNTARY DISMISSAL**

THIS MATTER, coming to be heard on the Motion of the DEBTOR to Voluntary dismiss his Chapter 13 case;

THE COURT, after due notice having been given and hearing thereon, having been fully advised of the matter, herein;

IT IS ORDERED:

1. The Debtor's case is voluntarily dismissed without prejudice.

Enter:

*/s/ Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: January 30, 2018

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600