Form ntcdsm

## UNITED STATES BANKRUPTCY COURT
### *Northern District of Illinois*
### *Eastern Division*
### *219 S Dearborn*
### *7th Floor*
### *Chicago, IL 60604*

---

Case No.:  16–34037
Chapter:  13
Judge:  Carol A. Doyle

In Re:
    Vernell Chase
    293 Stoney Island
    Calumet City, IL 60409

Social Security / Individual Taxpayer ID No.:
    xxx–xx–1812

Employer Tax ID / Other nos.:

---

### NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on January 30, 2018

FOR THE COURT

Dated: January 31, 2018

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court